Official Form 420A (Notice of Motion or Objection) (12/...)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
7/23/2024
JEFFREY P. ALLSTEADT, CLERK

In re:  Dominic Anthony Provenzano

Debtor

Address:   316 Brookwood Trail McHenry, IL 60050

Last four digits of Social Security : 6945

Case No. 24-80850

Chapter 13

Hon. Judge Thomas Lynch

## NOTICE OF OBJECTION TO TRUSTEE'S MOTION TO DISMISS

NOW COMES Dominic A. Provenzano, Debtor, in objection to Trustee's Motion to Dismiss.

Debtor seeks to have Trustee's Motion to Dismiss called on the scheduled presentment date of July 25, 2024.

WHEREFORE, Debtor respectfully objects to Trustee's Motion to Dismiss and requests motion to be heard on the presentment date noted above.

CC:
Lydia S. Meyer, Trustee
308 West State Street, Suite 212
Rockford, IL 61105-4127
VIA EMAIL: ch13@lsm13trustee.com

Date: July 23, 2024

Dominic Anthony Provenzano, Debtor
316 Brookwood Trail McHenry, IL 60050
Tel: 815-355-8540
Email: nickpro61@gmail.com